JMR-

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 03-2039 (AMD) |
| v. | : | |
| FNU LNU | : | UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Jason M. Richardson, Assistant U.S. Attorney, appearing) for an order that the Criminal Complaint filed in the above-captioned matter be unsealed; and for good cause shown,

IT IS ON this 23rd th **day of March 2021**,

ORDERED that the Criminal Complaint filed in the above-captioned matter is unsealed.

_____
HON. ANN MARIE DOINO
UNITED STATES MAGISTRATE JUDGE