UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 03-2039 (AMD) |
| v. | : | |
| FNU LNU | : | |

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Rachael A. Honig, the Acting United States Attorney for the District of New Jersey, hereby dismisses the criminal complaint, Magistrate No. 03-2039, against defendant FNU LNU charging the defendant with a certain federal offense(s), which was filed on February 26, 2003, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
RACHAEL A. HONIG
ACTING UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

Dated: March  23  , 2021